## No. 16,754.

COLOSACCO *v.* THE PEOPLE.

(246 P. [2d] 624)

Decided June 16, 1952.   Rehearing denied July 7, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. Justice Moore not participating.

Mr. JOHN J. MORRISSEY, Mr. WILLIAM H. SCOFIELD, Mr. CHARLES A. MURDOCK, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. NORMAN H. COMSTOCK, Assistant, for the People.